**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0004230**
**27-MAR-2014**
**10:13 AM**

NO. CAAP-13-0004230

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EAH, INC, MANAGEMENT AGENT, Plaintiff-Appellee, v.
ALEXANDER SOKOLOV, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC13-1-3476)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) On October 21, 2013, a notice of appeal by Defendant-Appellant Alexander Sokolov (**Appellant**) was filed;

(2) The record on appeal was filed on December 13, 2013, and the appellate clerk informed Appellant that the statement of jurisdiction was due December 23, 2013 and the opening brief was due January 22, 2014;

(3) Appellant did not file either document;

(4) On February 3, 2014, the appellate clerk informed Appellant that:

(a) The time for filing the statement of jurisdiction and the opening brief expired;

(b) Pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on February 13, 2014 for such action as the court deems proper; and

(c) The appeal may be dismissed; and

(5) Thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default.

For these reasons, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 27, 2014.

Presiding Judge

Associate Judge

Associate Judge

-2-